UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all )
others similarly situated, )
                                                                      ) Case No: CV1:23-cv-10690
     Plaintiff(s), )
vs. )  AFFIDAVIT OF SERVICE
 )
BREDA, INC., d/b/a BREDABEDS, )
 )
     Defendant(s). )
_____)

STATE OF IDAHO    )
                       ) ss.
County of Ada      )

JANELL ANTRIM, being first duly sworn, deposes and says:

That I am a resident of the State of Idaho. That I am over the age of eighteen years and not a party to this action. That on 11th day of December 2023 at 1:09 p.m., I personally served a copy of the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, and CIVIL COVER SHEET upon BREDA, INC., d/b/a BREDABEDS, by delivering to and leaving the same with JUSTON BIBBY (Customer Service Agent), a person over the age of eighteen and authorized to accept service on behalf of BREDA, INC., d/b/a BREDABEDS, at Bredabeds, 3318 West Nelis Drive, Meridian, Idaho.

_____
JANELL ANTRIM

SUBSCRIBED AND SWORN to before me this 11th day of December 2023.

_____
NOTARY PUBLIC FOR IDAHO
Residence: Star, Idaho
My Commission Expires: 08/17/2027

AFFIDAVIT OF SERVICE