UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, *on behalf of himself and all others similarly situated*,<br><br>                  Plaintiffs,<br><br>    v.<br><br>BREDA, INC.,<br><br>                  Defendant. | Case No. 1:23-cv-10690-GHW<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Rebecca A. Stark, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for defendant BREDA, INC., and requests that copies of papers served in this action be served on the undersigned.

Dated:   New York, New York
            January 2, 2024

                                            Respectfully submitted,

                                            **DENTONS US LLP**

                         By:  */s/ Rebecca A. Stark*
                              Rebecca A. Stark
                              1221 Avenue of the Americas
                              New York, New York 10020
                              phone: (212) 398-7614
                              e-mail: rebeccca.stark@dentons.com