USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

BREDA, INC., d/b/a BREDABEDS,

                Defendant.

---

23-CV-10690 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except that the Initial Pretrial Conference previously scheduled for April 9, 2024 is HEREBY ADJOURNED *sine die*. By separate Order to be entered today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

Dated: February 29, 2024
       New York, New York

                                  SO ORDERED.

                                  MARGARET M. GARNETT
                                  United States District Judge