UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> -v-<br><br>BREDA, INC.,<br><br>      Defendant. | CIVIL ACTION NO.: 23 Civ. 10690 (MMG) (SLC)<br><br>**ORDER TO SHOW CAUSE** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on December 11, 2023, making Defendant's response due on January 2, 2024. (ECF No. 7). On January 2, 2024, counsel for Defendant filed a notice of appearance. (ECF No. 8). Defendant failed, however, to file a response to the Complaint or to request an extension of time to do so. Accordingly, Defendant is ORDERED to show cause why the Court should not direct the Clerk of Court to enter a certificate of default. Such showing shall be made by affidavit or declaration filed on or before **March 8, 2024**. Defendant is warned that failure to comply with this Order may in itself result in entry of a certificate of default.

Dated:  New York, New York
     March 1, 2024

                    SO ORDERED.

                    _____
                    SARAH L. CAVE
                    **United States Magistrate Judge**