UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

               Plaintiff,

-v-

BREDA, INC.,

               Defendant.

CIVIL ACTION NO.: 23 Civ. 10690 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Attorney Rebecca Stark's declaration at ECF No. 12 RESOLVES the Court's March 1, 2024 Order to Show Cause (ECF No. 11). By **March 19, 2024**, Defendant shall answer, move, or otherwise respond to the Complaint.

Dated:     New York, New York
            March 5, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**