UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

                Plaintiff,

  -v-

BREDA, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 10690 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised that they are finalizing a settlement of this action, their request at ECF No. 18 is GRANTED, and the Court orders as follows:

1. The initial case management conference scheduled for April 15, 2024 and all case deadlines are ADJOURNED sine die.

2. By **May 28, 2024**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Margaret M. Garnett or (ii) a joint letter reporting on their status of their settlement efforts.

The Clerk of Court is respectfully directed to terminate the April 15, 2024 initial conference and to close ECF No. 18.

Dated:     New York, New York
            April 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**