大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D    +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

May 28, 2024

**VIA ECF**

> By **June 14, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Margaret M. Garnett.
>
> SO ORDERED    5/29/2024
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Saunders v. Breda, Inc.*, Case No. 1:23-cv-10690-MMG-SLC

Dear Judge Cave:

We represent defendant Breda, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, pursuant to the Court's Order dated April 11, 2024 (Dkt #19), we write to inform the Court that the parties are finalizing their efforts to resolve this matter and anticipate that voluntary dismissal will be filed no later than June 14, 2024.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms