UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiffs,<br><br>    v.<br><br>BREDA, INC.,<br><br>      Defendant. | Case No. 1:23-cv-10690-GHW<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

To the Clerk of this Court and all Parties of Record:

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Michael Saunders ("Plaintiff") and Breda, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby id voluntarily and finally dismissed with prejudice, withoiut costs or attormeys' fees.

Dated: June 10, 2024

**JOSEPH & NORINSBERG, LLP**
By: */s/ Jon L.Norinsberg, Esq*.
 110 E. 59th Street
 Suite 2300
 New York, N.Y. 10022
 (212) 227-5700
 jon@norinsberglaw.com

**DENTONS US LLP**
By: */s/ Rebecca A. Stark*
 Rebecca A. Stark
 1221 Avenue of the Americas
 New York, New York 10020
 phone: (212) 398-7614
 e-mail: rebeccca.stark@dentons.com

 SO ORDERED:

                         _____
                         Hon. Margaret M. Garnett
                         United States District Judge