UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS, *on behalf of himself and all others similarly situated*, | Case No. 1:23-cv-10690-GHW |
| Plaintiffs, | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| BREDA, INC., | |
| Defendant. | |

To the Clerk of this Court and all Parties of Record:

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Michael Saunders ("Plaintiff") and Breda, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: June 10, 2024

**JOSEPH & NORINSBERG, LLP**

Jon L. Norinsberg, Esq.
110 E. 59th Street
Suite 2300
New York, N.Y. 10022
(212) 227-5700
jon@norinsberglaw.com

**DENTONS US LLP**

Rebecca A. Stark
1221 Avenue of the Americas
New York, New York 10020
phone: (212) 398-7614
e-mail: rebeccca.stark@dentons.com

SO ORDERED:

_____
Hon. Margaret M. Garnett
United States District Judge